## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRIS EUGENE URDA and RACHEL URDA** | *   **CIVIL ACTION NO. 3:18-cv-01044** <br> * <br> *   **DISTRICT JUDGE DEGRAVELLES** |
| **VS.** | * <br> *   **MAGISTRATE JOHNSON** |
| **VALMONT INDUSTRIES, INC., AMERICAN PILEDRIVING EQUIPMENT, INC., AND NEW SOUTH ACCESS & ENVIRONMENTAL SOLUTIONS, L.L.C.** | * <br> * <br> * <br> * <br> * |

------------------------------------------------------------------------

### *EX PARTE* JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND AMERICAN PILEDRIVING EQUIPMENT, INC.

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Harris Urda and Rachel Urda ("Plaintiffs"), Defendant, American Piledriving Equipment, Inc. ("APE"), (collectively, the "Settling Parties") and Intervenor, Travelers Property Casualty Company of America ("Travelers"), who file this Notice of Settlement to advise the Court that a tentative settlement has been reached between the Settling Parties, only.  The Settling Parties have received approval of the settlement from Travelers, the workers compensation carrier in this litigation, pursuant to conditions agreed upon by Plaintiffs and Travelers, which include preservation of Travelers' lien, and reservation of all rights to fully recover the lien (less Moody fees), reservation of all rights to future credits, and reservation of all rights against any future settlements.  The Settling Parties will be finalizing settlement documents subject to the aforementioned approval. The Settling Parties and Travelers reserve each of their rights against all other defendants, persons, and/or entities.

{00944727.DOCX;1}

Respectfully Submitted:

| | |
|---|---|
| /s/ T. Taylor Townsend<br>T. Taylor Townsend (#20021)<br>T. TAYLOR TOWNSEND, LLC<br>320 St. Dennis Street<br>P.O. Box 784<br>Natchitoches, LA 71458-0784<br>Tel.: (318) 238-3612<br>Fax: (318) 238-6103<br>taylor@taylortownsendlaw.com | /s/ Keith A. Kornman<br>SIDNEY W. DEGAN, III (#4804)<br>KEITH A. KORNMAN (#23169)<br>JORDAN P. AMEDEE (#36353)<br>400 Poydras St., Suite 2600<br>New Orleans, LA 70130<br>Tel.: (504) 529-3333<br>Fax: (504) 529-3337<br>kkornman@degan.com<br><br>ATTORNEYS FOR AMERICAN<br>PILEDRIVING EQUIPMENT, INC. |
| /s/ Trey Morris<br>Morris, Dewett & Savoie, LLC<br>Trey Morris, APLC (#28162)<br>509 Milam Street<br>Shreveport, LA 71101<br>Tel.: (318) 221-1507<br>Fax: (318) 221-4560<br>btmorris@shreveportlaw.net | |
| /s/ John W. Stevenson, Jr.<br>Stevenson & Murray<br>John W. Stevenson, Jr. (#3992)<br>24 Greenway Plaza, Suite 750<br>Houston, Texas 77046<br>Tel.: (713) 622-3223<br>Fax: (713) 622-3224<br>jstevenson@stevensonmurray.com<br><br>ATTORNEYS FOR PLAINTIFFS | /s/ Philip Watson<br>Duplass, Zwain, Bourgeois, Pfister,<br>Weinstock & Bogart<br>David J. Bourgeois (#1722)<br>Philip Watson (#31356)<br>3838 North Causeway Boulevard<br>Metairie, Louisiana 70002<br>Tele: (504) 832-3700<br>Fax: (504) 837-3119<br><br>ATTORNEYS FOR TRAVELERS<br>PROPERTY CASUALTY COMPANY<br>OF AMERICA |