# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARRIS EUGENE URDA and** | * | **CIVIL ACTION NO. 3:18-cv-01044** |
| **RACHEL URDA** | * | |
| | * | **DISTRICT JUDGE DEGRAVELLES** |
| **VS.** | * | |
| | * | **MAGISTRATE JOHNSON** |
| **VALMONT INDUSTRIES, INC.,** | * | |
| **AMERICAN PILEDRIVING EQUIPMENT,** | * | |
| **INC., AND NEW SOUTH ACCESS &** | * | |
| **ENVIRONMENTAL SOLUTIONS, L.L.C.** | * | |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

CONSIDERING the *Ex Parte* Joint Notice of Settlement between Plaintiffs, Harris Urda

and Rachel Urda, and Defendant, American Piledriving Equipment, Inc., approved by Intervenor,

Travelers Property Casualty Company of America, subject to its reservation of rights, filed on

September 17, 2021:

**IT IS HEREBY ORDERED** that Harris Urda, Rachel Urda, and American Piledriving

Equipment, Inc. have up to thirty (30) days to finalize the terms of their settlement.

Signed in Baton Rouge, Louisiana, on the _____ day of September, 2021.


_____

**UNITED STATES DISTRICT JUDGE**

{00944726.DOCX;1}