# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARRIS EUGENE URDA et al** | * | **CIVIL ACTION NO: 3.18-cv-01044** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE DeGRAVELLES** |
| | * | |
| **VALMONT INDUSTRIES, INC. et al** | * | **MAGISTRATE JUDGE JOHNSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT *EX PARTE* MOTION TO EXTEND THE SETTLEMENT DEADLINE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs and defendant, American Piledriving Equipment, Inc., who jointly represent:

1.

Plaintiffs and defendant, American Piledriving Equipment, Inc., reached a settlement agreement on September 17, 2021. Notice of this settlement was filed into this Court [Doc. 140].

2.

This Honorable Court provided a deadline of October 20, 2021 to finalize the terms of the settlement [Doc. 143].

3.

Plaintiffs and American Piledriving Equipment, Inc. are actively working to modify indemnity language that is suitable to both parties.

4.

Therefore, plaintiffs and defendant, American Piledriving Equipment, Inc., respectfully request a 15-day extension to finalize the terms of the settlement.

WHEREFORE, plaintiffs and defendant, American Piledriving Equipment, Inc., pray their joint request for a 15-day extension to finalize the settlement be granted.

| | |
|---|---|
| Date: October 19, 2021 | Respectfully Submitted, |
| **DEGAN, BLANCHARD & NASH** | **STEVENSON & MURRAY** |
| **KEITH A. KORNMAN (#23169)** | **JOHN W. STEVENSON (#3992)** |
| 400 Poydras St. Suite 2600 | 24 Greenway Plaza, Suite 750 |
| New Orleans, LA 70130 | Houston, TX 77046 |
| Tel.: (504) 529-3333 | (713) 622-3223 - Telephone |
| Fax: (504) 529-3337 | (713) 622-3224 – Facsimile |
| *kkornman@degan.com* | *jstevenson@stevensonmurrary.com* |
| **ATTORNEYS FOR AMERICAN PILEDRIVING EQUIPMENT, INC.** | AND |
| | **MORRIS & DEWETT, LLC** |
| | By: */s/ Trey Morris* |
| | **B. TREY MORRIS (#28162)** |
| | Morris & Dewett, LLC |
| | 509 Milam Street |
| | Shreveport, LA 71101 |
| | (318) 221-1507 – Telephone |
| | (318) 221-4560 – Facsimile |
| | *tmorris@morrisdewett.com* |
| | **ATTORNEYS FOR PLAINTIFFS** |

**CERTIFICATE OF SERVICE**

I hereby certify that on 19th day of October 2021, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsels of records by operation of the court's electronic filing system.

             */s/ B. Trey Morris*

B. Trey Morris

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARRIS EUGENE URDA et al** | * | CIVIL ACTION NO: 3.18-cv-01044 |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE DeGRAVELLES** |
| | * | |
| **VALMONT INDUSTRIES, INC. et al** | * | **MAGISTRATE JUDGE JOHNSON** |

**************************************************************************

## PROPOSED ORDER

Considering the foregoing,

**IT IS ORDERED** that the Joint *Ex Parte* Motion to Extend the Settlement Deadline is hereby **GRANTED**. Plaintiffs and defendant, American Piledriving Equipment, Inc., have until November 4, 2021 to finalize the terms of the settlement.

BATON ROUGE, LOUISIANA, this _____ day of October, 2021.

_____
Scott D. Johnson
United States Magistrate Judge