**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **HARRIS EUGENE URDA et al** | * | **CIVIL ACTION NO: 18-1044-JWD-SDJ** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE DeGRAVELLES** |
| | * | |
| **VALMONT INDUSTRIES, INC. et al** | * | **MAGISTRATE JUDGE JOHNSON** |

**************************************************************************

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that the Joint *Ex Parte* Motion to Extend the Settlement Deadline is hereby **GRANTED**. Plaintiffs and defendant, American Piledriving Equipment, Inc., have until November 4, 2021 to finalize the terms of the settlement.

BATON ROUGE, LOUISIANA, this  20th  day of October, 2021.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA